1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  LLOYD FARNHAM (CABN 202231)
   SHEILAA.G. ARMBRUST (CABN 265998)
5  Assistant United States Attorney

6        450 Golden Gate Avenue, Box 36055
         San Francisco, California 94102-3495
7        Telephone: (415) 436-7200
         FAX: (415) 436-7234
8        sheila.armbrust@ usdoj.gov

9  Attorneys for United States of America

10                         UNITED STATES DISTRICT COURT

11                        NORTHERN DISTRICT OF CALIFORNIA

12                             SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,            ) NO. 3:18-MJ-70289-MAG
                                         )
14        Plaintiff,                     )
                                         )
15     v.                                ) STIPULATION AND PROPOSED ORDER TO
                                         ) CONTINUE RULE 5 IDENTITY HEARING TO
16  JOSE GUILLERMO ORTIZ,                ) MARCH 14, 2018
                                         )
17        Defendant.                     )
                                         )

18

19        By agreement of the government and defense counsel, the parties hereby stipulate to continue the

20  Rule 5 Identity and Removal Hearing in the above-captioned case from Monday, March 12, 2018 to

21  Wednesday, March 14, 2018, to allow the government to produce discovery to defendant related to his

22  request for removal.

23  //

24  //

25  //

26  //

27  //

28  //

NOTICE OF PROCEEDINGS PURSUANT
TO RULE 5(c)(2) AND (3)                      1

|   |   |
|---|---|
| | Respectfully Submitted, |
| | ALEX G.TSE<br>Acting United States Attorney |
| DATE: March 9, 2018 | /s/<br>SHEILA A.G. ARMBRUST<br>Assistant U.S. Attorney |
| DATE: March 9, 2018 | /s/<br>GEOFFREY HANSEN<br>Assistant Federal Public Defender |

## [PROPOSED] ORDER

Defendant's identity and removal hearing, currently scheduled for March 12, 2018, is continued to March 14, 2018.

|   |   |
|---|---|
| March 9, 2018<br>DATE | HON. MARIA ELENA JAMES<br>United States Magistrate Judge |